AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| METERED MUSIC INC., AF CIRCLE C FUND, LLC d/b/a ARLOVOL MUSIC, SLAM DUNK MUSIC, and BOVINA MUSIC, INC., <br><br> *Plaintiff(s)* <br><br> v. <br><br> GASLAMP PARTNERS, LLC. and MICHAEL B. NEUFELD, <br><br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        GASLAMP PARTNERS, LLC. and MICHAEL B. NEUFELD
        6251 E. Pacific Coast Highway
        Long Beach, California 90803

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| SHARON D. MAYO (SBN 150469) <br> sharon.mayo@arnoldporter.com <br> ARNOLD & PORTER KAYE SCHOLER LLP <br> Three Embarcadero Center, 10th Floor <br> San Francisco, CA 94111 | LAURA E. WATSON (SBN 317155) <br> laura.watson@arnoldporter.com <br> ARNOLD & PORTER KAYE SCHOLER LLP <br> 777 South Figueroa Street, 44th Floor <br> Los Angeles, CA 90017 |

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                   *CLERK OF COURT*

Date: _____          _____
                                                                       *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: